**Order entered May 5, 2021**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00070-CV

## FLASHDANCER, INC., Appellant

## V.

## JOHN FULCHER III, Appellee

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-11379**

## ORDER

The reporter's record is past due. By letter dated April 23, 2021, Vielica Dobbins, Official Court Reporter for the 193rd Judicial District Court, informed the Court that she had received neither a request to prepare the record nor payment. Appellant filed a response notifying the Court that it did request the reporter's record and that it is ready to make payment.[1] Accordingly, we **ORDER** Ms. Dobbins to file the reporter's record **within thirty days** of the date of this order.

---

[1] The clerk's record contains appellant's January 15, 2021 request for preparation of the reporter's record.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Dobbins and all parties.

/s/     CRAIG SMITH
JUSTICE